

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2021

No. 04-18-00022-CR

Travis Leslie **NORTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR3975
Honorable Frank J. Castro, Judge Presiding

## O R D E R

In an order issued October 5, 2021, we withdrew our February 13, 2019 opinion and judgment in accordance with the Texas Court of Criminal Appeals' opinion, *Ex parte Norton*, No. WR-92,415-01, 2021 WL 1202422 (Tex. Crim. App. Mar. 31, 2021). We hereby WITHDRAW the mandate that issued on April 25, 2019. The appeal is REINSTATED on the docket of this court.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2021.



MICHAEL A. CRUZ, Clerk of Court